ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORAZON R. EAGLETON, an individual,<br><br>Plaintiff,<br>v.<br><br>WALMART, INC., a Foreign Corporation and DOES I through X, inclusive; and ROE Corporations XI through XX, inclusive,<br><br>Defendant(s). | Case No.: 2:19-cv-01656-KJD-VCF<br><br>**STIPULATION TO REMAND CASE TO STATE DISTRICT COURT** |

Defendant WALMART, INC. (hereinafter "Defendant"), by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and Plaintiff CORAZON R. EAGLETON (hereinafter "Plaintiff"), by and through her counsel of record, ELLER LAW, LLC, do hereby stipulate to remand this matter to state court without prejudice.

Plaintiff does not dispute the existence of diversity of citizenship with Defendant Walmart, Inc. in this matter. This stipulation to remand is based on Plaintiff's averment that the amount in controversy is not met. The parties hereby stipulate that this matter be remanded to the Eighth Judicial District Court's Arbitration Program and, therefore, seek an Order by this Court remanding this matter and capping Plaintiff's recovery at $50,000.00.

. . .

- 1 -

Defendant reserves the right to Remove this matter back to Federal Court should new evidence or damages be presented that the jurisdictional limit of $75,000.00 would be satisfied.

DATED this 10th day of October, 2019.                    DATED this 10th day of October, 2019.

**ELLER LAW, LLC**                                       **PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Crystal Eller                                        /s/ Megan E. Wessel
_____                          _____
CRYSTAL ELLER, ESQ.                                      MEGAN E. WESSEL, ESQ.
Nevada Bar No. 4978                                      Nevada Bar No. 14131
104 S. Jones Blvd.                                       504 South Ninth Street
Las Vegas, Nevada 89107                                  Las Vegas, Nevada 89101
(702) 877-4847                                           (702) 938-1510
*Attorney for Plaintiff*                                 *Attorneys for Defendant*
                                                         *Walmart, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this <u>18th</u> day of <u>October</u>, 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Megan E. Wessel
_____
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendant*
*Walmart, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2019, I served a true and correct copy of the foregoing, **STIPULATION TO REMAND CASE TO STATE DISTRICT COURT'S ARBITRATION PROGRAM**, by U.S. Mail and electronic service, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| CRYSTAL ELLER, ESQ.<br>Nevada Bar No. 4978<br>ELLER LAW, LLC<br>104 S. Jones Blvd.<br>Las Vegas, Nevada 89107 | Phone 702-685-6655<br>Fax     702-685-5553 | Plaintiff |

*/s/ Clarissa Reyes*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC